THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL NAGY, Appellant Memorandum: Defendant has failed to preserve for review his contention that the court did not advise him of his right to allocution at sentencing *(see,* CPL 380.50; *People v Green,* 54 NY2d 878, 880; *People v Regan,* 88 AD2d 664). Defendant's

sentence is not excessive. (Appeal from Judgment of Supreme Court, Erie County, Kasler, J.—Attempted Burglary, 3rd Degree.) Present—Denman, P. J., Callahan, Green, Pine and Balio, JJ.